IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Principal Life Insurance Co., | : | |
| Plaintiff | : | Civil Action 2:11-cv-0704 |
| v. | : | Judge Smith |
| James R. Bunke, | : | Magistrate Judge Abel |
| Defendant | : | |

# Order

In response to the Court's April 2, 2012 Show Cause Order, plaintiff states that the parties are engaged in settlement discussions. Plaintiff requests an additional 30 days to complete those discussions.

Accordingly, plaintiff is ORDERED to file its motion for default judgment on or before May 9, 2012. Alternatively, if a settlement agreement in principal has been reached but has not been finalized, plaintiff's counsel should so notify the Court by May 9.

s/Mark R. Abel
United States Magistrate Judge